# ADR Docketing Statement[1]

# (WACO DIVISION ONLY)

**A.** **Case Number:** 15-CV-00336-WSS

**B.** **Case Name:** James R. Heggie v. Carrington Mortgage Services, LLC, et al.

**C.** **Attorney (or Party, if pro se) filing evaluation form:**

    1. Name: R. Dwayne Danner
       Firm: McGlinchey Stafford, PLLC
       Address: 2711 N. Haskell Avenue, Suite 2750
       Dallas, Texas 75204

       Client: Southwest Stage Funding, LLC
       Telephone: 214-445-2408    FAX: 214-445-2445

**D.** **Nature of Relief Sought (Check all that apply):**

    1. _____ Injunctive Relief

    2. _____ Damages: Amount _____

    3. __X__ Declaratory Relief (Describe): Plaintiff seeks declaration that a debt is barred by statute of limitations

    4. _____ Attorney Fees    Amount _____

    5. _____ Other _____

**E.** **Brief Description of Nature of Action:**
Plaintiff defaulted on a mortgage and seeks declaration that the collection/foreclosure of same is barred by the statute of limitations

**F.** **Status of Settlement Negotiations to Date:**

    1. Have settlement negotiations been held? __X__ Yes _____ No

    2. If yes: __X__ Only Counsel Participated
            _____ Parties as Well as Counsel Participated

    3. What is the present status of negotiations?
       Ceased upon filing of suit

---

[1] ADR refers to Alternative Dispute Resolution

4. If settlement negotiations have not been held, why not?

**G. Evaluation:**

1. Could this dispute benefit from the use of some form of ADR?

   \_\_\_\_ Yes
   _X_ No

   a. Reason for choice (must be completed): Issue is likely a legal issue only and the parties can continue to attempt resolution via counsel should settlement become feasible.

   b. If yes, what form of ADR would best suit this case[2]

   \_\_\_\_ Mediation                \_\_\_\_ Early Neutral Evaluation

   \_\_\_\_ Advisory Arbitration     \_\_\_\_ Moderated Settlement Conference

   \_\_\_\_ Mini-Trial                \_\_\_\_ Judicial Settlement Conference

   \_\_\_\_ Summary Jury Trial

2. Describe any discovery you believe necessary to utilize ADR effectively:
   Communications and documentation provided to/from lender to borrower.

3. Have you discussed ADR with other counsel and their clients?
   \_\_\_\_ Yes  _X_ No

4. Will all parties agree to submit the case to ADR?
   \_\_\_\_ Yes  \_\_\_\_ No  _X_ Unsure

   a. If yes, have the parties agreed to:
      1. An ADR process? _____
      2. A provider? _____
      3. A tentative date for the ADR proceeding? _____

Failure to fully complete this form may result in sanctions pursuant to Fed.R.Civ.P.(16)f.

---

[2]For further information on dispute resolution procedures, contact the Clerk.